**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

HO YIN MO,

Petitioner,

v.

JOHN MATTOS, *et al.*,

Respondents.

Case No.: 2:26-cv-03092-RFB-BNW

**ORDER**

The Court entered its Standard Procedures for Counseled Immigration Habeas Petitions Order on September 25, 2026, setting deadlines for the parties to file briefs and produce documents relevant to this case. ECF No. 4. The parties did not complete their briefing as ordered. See ECF No. 6 (last substantive filing).

Accordingly, **IT IS HEREBY ORDERED** that the briefing and production schedule is **REOPENED and EXTENDED** as follows:

Petitioner must file either an amended petition or a traverse within **7 days** of this Order;

Respondents must file a return within **3 days** of an amended petition; and

Petitioner must file a traverse within **3 days** of a response.

**DATED:** November 6, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**